IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACK TERRY and EDEN TERRY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-0340 |
| | § | |
| SAFECO INSURANCE COMPANY OF AMERICA, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The motion filed by the defendant, Safeco Insurance Company of America, to sever under Federal Rule of Civil Procedure 21, (Docket Entry No. 15), is denied without prejudice. A motion to sever the claims for extra-contractual damages under the Teas Insurance code may be reurged, if appropriate, after the record on the contractual claims is better developed and their relationship to the extra-contractual claims is clarified.

SIGNED on October 13, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge