IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACK TERRY and EDEN TERRY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-0340 |
| | § | |
| SAFECO INSURANCE COMPANY OF AMERICA, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The jury selection and trial in this case has been reset. The trial is now set for the two week trial term beginning **October 24, 2011, at 9:00 a.m.**

SIGNED on June 21, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge