**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JACK TERRY and EDEN TERRY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-340 |
| | § | |
| SAFECO INSURANCE CO. OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

# ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on June 21, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge