IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACK TERRY and EDEN TERRY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-0340 |
| | § | |
| SAFECO INSURANCE COMPANY OF AMERICA, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**PARTIAL JUDGMENT**

The plaintiffs' contractual claims in this matter were tried to a jury, which returned a verdict. Pursuant to Federal Rule of Civil Procedure 54(b), it is ordered that the plaintiffs, Jack Terry and Eden Terry, recover from the defendant, Safeco Insurance Company of America, $37,967.83 for their contractual claims, plus prejudgment and judgment interest from August 29, 2009.

SIGNED on March 7, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge