**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JACK TERRY and EDEN TERRY, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-0340 |
| | § | |
| SAFECO INSURANCE COMPANY OF | § | |
| AMERICA, | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On March 7, 2013, following a jury trial, the court entered partial judgment in favor of Jack

Terry and Eden Terry against defendant Safeco Insurance Company of America for their contractual

claims, plus prejudgment and judgment interest.  The parties have advised the court that Safeco

Insurance has paid Jack Terry and Eden Terry all the amounts awarded in the partial judgment.  On

March 7, 2013 and September 17, 2013, the court granted the motions for summary judgment filed

by Safeco Insurance and dismissed the Terrys' prompt-payment claims, unfair settlement practices

claims, and extracontractual claims, with prejudice.  (Docket Entry Nos. 89, 95).  The Terrys take

nothing on the prompt-payment claims, unfair settlement practices claims, and extracontractual

claims, and Safeco Insurance is discharged from liability to Jack Terry and Eden Terry for all claims

that were pleaded or could have been pleaded in this case.  The parties will bear their own costs of

court.  This is a final judgment.

SIGNED on September 25, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge